UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY LEE,<br><br>Plaintiff<br><br>v.<br><br>TROY LAWRENCE, JR., in his personal capacity, MATTHEW WALLACE, in his personal capacity, JOSEPH CARBONI, in his personal capacity, MURPHY PAUL, in his personal and official capacity, BATON ROUGE POLICE DEPARTMENT, CITY OF BATON ROUGE, and PARISH OF EAST BATON ROUGE,<br><br>Defendants. | Civil Action No.  3:23-cv-1229-SDD-SDJ<br><br>Judge Shelly Dick<br><br>Magistrate Judge Scott D. Johnson |

### *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION

NOW COMES PLAINTIFF in the above-captioned matter, through undersigned counsel, who move this Honorable Court to consider *Plaintiff's Ex Parte Motion to Preserve Evidence and Permit Immediate Inspection of the BRPD's Torture Warehouse* on an expedited basis, for the reasons discussed in the attached memorandum.

Respectfully submitted this 28th day of September, 2023,

/s/ Ryan K. Thompson
Ryan K. Thompson, LA Bar #38957
TRIAL ATTORNEY
660 Richland Ave
Baton Rouge, LA 70806
T: (323)271-8032

1

2

E: RKTsocialjustice@gmail.com

/s/ Thomas Frampton
Thomas Frampton, LA Bar # 35775
580 Massie Road
Charlottesville, VA 22903
T: (202) 352-8341
E: tframpton@law.virginia.edu

Jessica F. Hawkins, LA Bar #38263
P.O. Box 5072
Baton Rouge, LA 70802
T: (915)217-9192
E: jessicahawkins0421@gmail.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system. I have also electronically mailed a copy of the above motion and all exhibits to the following counsel:

    Michael Schillage
    Special Assistant Parish Attorney
    Litigation Division
    Office of the East Baton Rouge Parish Attorney
    Email: mschillage@brla.gov

    Anderson Dotson
    Parish Attorney
    Office of the East Baton Rouge Parish Attorney
    Email: adotson@brla.gov

This 28th day of September, 2023

    /s/ Thomas Frampton
    Thomas Frampton, LA Bar # 35775
    580 Massie Road
    Charlottesville, VA 22903
    T: (202( 352-8341
    E: tframpton@law.virginia.edu