## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY LEE,<br><br>    Plaintiff<br><br>        v.<br><br>TROY LAWRENCE, JR., in his personal capacity, MATTHEW WALLACE, in his personal capacity, JOSEPH CARBONI, in his personal capacity, MURPHY PAUL, in his personal and official capacity, BATON ROUGE POLICE DEPARTMENT, CITY OF BATON ROUGE, and PARISH OF EAST BATON ROUGE,<br><br>    Defendants. | Civil Action No.  3:23-cv-1229-SDD-SDJ |

### RENEWED MOTION TO PERMIT IMMEDIATE INSPECTION OF THE BRPD TORTURE WAREHOUSE

Plaintiff Jeremy Lee respectfully renews his Motion to Permit Immediate Inspection of the BRPD Torture Warehouse (Dkt. #6).

Defendant City-Parish previously opposed Plaintiff's effort to inspect "the BRAVE Cave" because doing so would be improper "prior to appearances of all parties" (Dkt. #8, *3). This Court granted the motion, in part, but "[b]ecause the BRPD has not yet made an appearance. . .  the Court will defer Plaintiff's request for inspection **until BRPD has made an appearance**." Dkt. #9, *2 (emphasis added). This Court ordered "Defendant BRPD [to] respond to Plaintiff's Motion for Immediate Inspection within **3 days** of their initial appearance." *Id.* at *3 (emphasis in original).

1

It now appears that counsel for the Parish Attorney has no intention of ever entering an appearance on behalf of BRPD (despite service having been effectuated, in person, on BRPD on September 29, 2023). *See* Ex. A. In two other lawsuits involving the same defense counsel and many of the same named defendants (e.g., BRPD, the City, and the Parish), the same counsel for the City-Parish recently filed a Motion to Dismiss the claims against BRPD, arguing they were duplicative of the claims against the City-Parish and that BRPD is not a "juridical entity" capable of suing or being sued. *See* City-Parish Mtn. to Dismiss, Dkt #6, *Chavis v. Lawrence*, Case No. 3:23-cv-01129-SDD-RLB (filed Nov. 6, 2023); City-Parish Mtn. to Dismiss, Dkt #19, *Brown v. Baton Rouge Police Department*, Case No. 3:23-cv-01313-HWD-EWD (filed Nov. 27, 2023). Conspicuously, though, counsel for the City-Parish made this motion on behalf of BRPD without enrolling on behalf of BRPD. One obvious explanation for this litigation strategy (and the failure of the City-Parish to file an identical motion here) is that it would risk triggering this court's order to reply to Plaintiff's effort to inspect the warehouse.

It has been 91 days since this lawsuit was filed—and 55 days since this court's order regarding inspection of the torture warehouse—and still the City-Parish defendant refuses to confer. Because it now appears that Defendant City-Parish's arguments were not advanced in good faith, Plaintiff renews his earlier motion for immediate inspection.

                                              Respectfully submitted,

                                              **JEREMY LEE**

                                              By: /s/ Thomas W. Frampton
                                                        His attorney

Thomas W. Frampton
580 Massie Road
Charlottesville, VA 22903
(202) 352-8341
*Affiliation for Identification Only*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 28, 2023, I served the foregoing Renewed Motion for Immediate Inspection via email to all counsel of record.

                                         /s/ Thomas W. Frampton
                                         Thomas W. Frampton (La. Bar. #35775)