UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JEREMY LEE**                                                            **CIVIL ACTION**

**VERSUS**                                                                **NO. 23-1229-SDD-SDJ**

**TROY LAWRENCE, JR., ET AL**

## ORDER

On February 27, 2024, United States Magistrate Judge Scott D. Johnson held a Motion Hearing by video, which included the following **participants**:

| | |
|---|---|
| **Thomas Frampton**<br>**Ryan Thompson**<br>*Counsel for Plaintiff,*<br>*Jeremy Lee* | **Brian Blackwell**<br>Counsel for Defendant,<br>*Troy Lawrence, Jr.* |
| **Brandon Kyle Kershaw**<br>*Counsel for Defendant,*<br>*Joseph Carboni* | **Michael Walsh**<br>**Grant Willis**<br>*Counsel for Defendant,*<br>*Murphy Paul* |
| **Michael Schillage**<br>*Counsel for Defendants,*<br>*City of Baton Rouge and*<br>*Parish of East Baton Rouge* | |

The parties discussed the pending Motion to Stay Proceedings and Reset Deadlines (R. Doc. 17), Motion for Extension of Time to File Responsive Pleadings (R. Doc. 18), Second Motion for Extension of Time to File Answer (R. Doc. 19), Motion for Extension of Time to File Answer (R. Doc. 21), Motion for Extension of Time to Extend Responsive Pleading Deadline (R. Doc. 24), Motion for Discovery (Renewed Motion to Permit Immediate Inspection of the BRPD Torture Warehouse) (R. Doc. 27), Motion to Set Aside Default (R. Doc. 35), Motion for Extension of Time

C:cv25c; T: 00:48

to File Responsive Pleadings (R. Doc. 36), Sealed Motion to Strike (R. Doc. 55), Motion for Leave to File Exhibit A, Declaration of Jamie A. Flowers, Jr. to Rec. Doc. 17 (R. Doc. 61).

With no opposition from Plaintiff, **IT IS ORDERED** that the Motion for Leave to File Exhibit A, Declaration of Jamie A. Flowers, Jr. to Rec. Doc. 17 (R. Doc. 61) is **GRANTED**. Adopting the reasoning of Magistrate Judge Wilder-Doomes in the related case, *Brown v. BRPD, et al.*,[1] the Motion to Stay Proceedings and Reset Deadlines (R. Doc. 17) is **DENIED without prejudice**.

For reasons orally assigned, the Sealed Motion to Strike Opposition to Motion to Set Aside Default (R. Doc. 55) is **DENIED**. For good cause shown, the Motion to Set Aside Default (R. Doc. 35) is **GRANTED**.

The Motions for Extension of Time to file responsive pleadings (R. Docs. 18, 19, 21, 24, and 36) are **GRANTED**. Based on Plaintiff's representations that an amended complaint is forthcoming, Defendants' responsive pleadings will be due 21 days from the filing of the amended complaint.

The Motion for Discovery (Renewed Motion to Permit Immediate Inspection of the BRPD Torture Warehouse) (R. Doc. 27) is **GRANTED in part**. With the resolution of the foregoing motions, the Court intends to set a scheduling conference (see below) and for discovery to begin in earnest. The undersigned emphasized the importance of the physical inspection of the BRPD facility and the Court's expectations that such an inspection will be expedited. To that end, the parties discussed logistics of such an inspection, including possible consolidation of inspections for a number of pending cases involving the same facility, proposed procedures and attendees, and

---

[1] *Brown v. Baton Rouge Police Dept., et al.,* 23-cv-1313-JWD-EWD, ECF No. 45 (Ruling and Order denying Motion to Stay without prejudice to re-urging, if appropriate, as additional information develops).

C:cv25c; T: 00:48

tentative dates for an inspection.[2] **IT IS ORDERED** that a follow-up video status conference is set for **March 6, 2024, at 2:00 p.m.** to further discuss coordination, procedures, and any other remaining issues regarding site inspection.

Finally**, IT IS ORDERED** that a scheduling conference is set for **April 9, 2024, at 11:30 a.m.** A joint status report is due by **March 26, 2024**. Please refer to R. Doc. 5 for the draft status report.

Signed in Baton Rouge, Louisiana, on February 28, 2024.

*[signature]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] Counsel present confirmed that March 21 or 22 are mutually agreeable dates for inspection, to the extent that their clients had not yet been consulted. The Court will not order specific dates or details for the inspection before the follow-up conference on March 6, infra.

C:cv25c; T: 00:48