UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY LEE | CIVIL ACTION |
| VERSUS | 23-1229-SDD-RLB |
| TROY LAWRENCE, JR., et al. | |

### NOTICE AND ORDER

Please take notice that the Court will hear Oral Argument on Plaintiff's *Motion for Preliminary Injunction*[1] and *Motion to Consolidate*[2] on Tuesday, June 25, 9:30 am, in Courtroom 3 of the Russell B. Long Federal Courthouse. The Court interprets Plaintiff's motion as a facial challenge to the Defendants' written "strip search" policy, found in BRPD General Order No. 281; therefore, the Court limits the evidence allowed at this hearing to the evidence pertaining to the policy itself - not how it has been applied in individual circumstances.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 4th day of June, 2024.

SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 76.
[2] Rec. Doc. 77.