UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JUNE 25, 2024
CHIEF DISTRICT JUDGE SHELLY D. DICK

**JEREMY LEE**

**VERSUS**

**TROY LAWRENCE, JR., ET AL.**

**CIVIL ACTION**

**23-1229-SDD-SDJ**

This matter came on this day for a *Hearing on Motion for Preliminary Injunction and Motion to Consolidate Case*.

    **PRESENT:**   **Ryan Keith Thompson, Esq.**
                     **Thomas Frampton, Esq.**
                     Counsel for Plaintiff

                     **Brian Francis Blackwell, Esq.**
                     Counsel for Troy Lawrence, Jr.

                     **Chase Tettleton, Esq.**
                     Counsel for Matthew Wallace

                     **Brandon Kershaw, Esq.**
                     Counsel for Joseph Carboni

                     **Michael Paul Schillage, Esq.**
                     Counsel for City/Parish of East Baton Rouge

Counsel makes appearance.

Chief Thomas Morse is sworn and testifies.

Exhibits offered and admitted.

Counsel argued position on Motion for Preliminary Injunction (rec doc 76).

The Court takes the Motions (rec docs 76 and 77) under advisement and will issue a written ruling.

* * * * *

Court Reporter: S. Thompson
Cv13b/ 1h 32m