UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JEREMY LEE**                               **CIVIL ACTION**

**VERSUS**

**TROY LAWRENCE, JR., ET AL.**               **NO. 23-cv-1229-SDD-SDJ**

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT** through undersigned counsel, comes defendant, City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"), who moves this Honorable Court to allow Theresa J. Dorcelus (#39534) to be enrolled as additional counsel of record for the City/Parish in this matter.

The City/Parish will continue to be represented by lead counsel, Michael P. Schillage (Bar Roll # 35554).

                                              **RESPECTFULLY SUBMITTED:**
                                              **A. GREGORY ROME**
                                              **PARISH ATTORNEY**

                                              **/s/ Michael P. Schillage**
                                              **Michael P. Schillage (#35554)**
                                              **Sr. Special Assistant Parish Attorney**
                                              222 St. Louis Street, 9th Floor
                                              Baton Rouge, Louisiana 70802
                                              Telephone: (225) 389-3114
                                              Facsimile: (225) 389-8736
                                              E-mail: mschillage@brla.gov
                                              *Attorney for the City of Baton Rouge/Parish of East Baton Rouge*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was this date sent to all counsel of record by electronic mail to the email address listed with the Court's electronic filing system, facsimile, and/or U.S. mail, postage prepaid and properly addressed. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 4th day of September, 2024.

            */s/ Michael P. Schillage*
         **MICHAEL P. SCHILLAGE**