UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEREMY LEE** | **CIVIL ACTION** |
| **VERSUS** | |
| **TROY LAWRENCE, JR., ET AL** | **NO. 23-1229-SDD-SDJ** |

### ORDER

For good cause shown, **IT IS ORDERED** that Plaintiff's Unopposed Motion for New Deadlines (R. Doc. 100) is **GRANTED**. Scheduling Order deadlines are extended by approximately 6 months as follows. The parties are cautioned that further extension of deadlines from the dispositive/Daubert deadline onward will only be granted under exceptional circumstances.

1. The deadline to join other parties or to amend the pleadings is **March 3, 2025.**[1]

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **Completed.**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **June 30, 2025.**

    **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c. Disclosure of identities and resumés of experts:

    **Plaintiff(s):**     February 28, 2025.

    **Defendant(s):**    March 31, 2025.

    d. Expert reports must be submitted to opposing parties as follows:

---

[1] Amendments sought after this deadline may be permitted in accordance with the good cause standard of Rule 16 of the Federal Rules of Civil Procedure.

        **Plaintiff(s):**      **June 2, 2025.**

        **Defendant(s):**    **June 30, 2025.**

    e.    Discovery from experts must be completed by **August 28, 2025.**

3. Deadline to file dispositive motions and Daubert motions: **October 30, 2025.**

4. Deadline to file pre-trial order: **April 21, 2026.**[2]

   **Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.**

5. Deadline to file motions in limine: **April 27, 2026.**

   **Any responses to Motions in Limine shall be filed within seven (7) days after the filing of the motion.**

6. Deadline to file an affidavit of settlement efforts: **April 6, 2026.**

7. Pre-trial conference date: **May 5, 2026, at 2:00 p.m.** in the chambers of the Honorable Shelly D. Dick.

8. Deadline to submit joint jury instructions, voir dire, and verdict forms to the presiding judge: **May 11, 2026.**

   **The information regarding the Honorable Shelly D. Dick's pretrial order may be found on the court's website at (**https://www.lamd.uscourts.gov**) under "Judges' Info."**

9. **A 5-day jury trial is scheduled for 9:00 a.m. beginning on May 18, 2026, in Courtroom 3.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed, or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P.

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (https://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3592 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on September 4, 2024.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**