UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY LEE | CIVIL ACTION |
| VERSUS | |
| TROY LAWRENCE, JR., ET AL | NO. 23-1229-SDD-SDJ |

### ORDER

A settlement conference was held on December 16, 2024.

After a period of negotiations, the parties were unable to reach a resolution at this time; however, the parties will continue negotiations themselves.

Signed in Baton Rouge, Louisiana, on December 16, 2024.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv33a; T: 01:00