UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JEREMY LEE**

**VERSUS**

**TROY LAWRENCE, JR., ET AL.**

**CIVIL ACTION**

**No. 23-1229-SDD-SDJ**

### ORDER

Before the Court is Plaintiff's Motion to Compel Production of Documents by Defendant City/Parish. (R. Doc. 105). The City/Parish has opposed the Motion and requested a protective order regarding the requested production. (R. Doc. 109).

In his Motion to Compel, Plaintiff avers that he propounded discovery on the City/Parish on June 18, 2024, and received timely responses on July 18, 2024. (R. Doc. 105 at 1). Plaintiff, however, asserts that these responses were incomplete. (R. Doc. 105 at 1). After a conference regarding these incomplete responses, the City/Parish supplemented its responses, but Plaintiff feels the responses remain incomplete. (R. Doc. 105 at 1-2). In his Memorandum supporting his Motion, Plaintiff enumerates specific classes of documents that were requested from the City/Parish, including the numbered Request for Production relevant to each class. (R. Doc. 105-1 at 2-3). Plaintiff further enumerates outstanding discovery with reference to RFPs and interrogatories. (R. Doc. 105-1 at 3). Plaintiff does not, however, provide the Court with the text of his requests, the responses provided, or any other relevant information upon which the Court can make a determination of the completeness of the City/Parish's answers. Local Rule 37 states that any motions addressing propounded discovery "must quote verbatim each interrogatory, request for production, or request for admission to which the motion is addressed, followed immediately by the verbatim response or objection [] provided thereto." Loc. R. Civ. P. 37.

Because the Motion to Compel does not comply with the Local Rules of this District, and because the Court has insufficient information to make a determination on the Motion,

**IT IS ORDERED** that the Motion to Compel (R. Doc. 105) is **DENIED** without prejudice to refiling in accordance with the Local Rules. The Court asks that, if Plaintiff refiles his motion, the briefing fully explain the incompleteness, including, for example, why he believes certain documents exist that have not been produced. Any renewed motion to compel on these issues shall contain a certification of a renewed conference regarding the discovery at issue.

Signed in Baton Rouge, Louisiana, on January 17, 2025.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**