UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JEREMY LEE**            **NO.: 23-1229-SDD-SDJ**

**VS.**

**TROY LAWRENCE, JR., in his personal**      **CIVIL ACTION**
**Capacity, ET AL.**

## JOINT STATUS REPORT

**NOW COMES**, plaintiff, JEREMY LEE; and defendants, the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"); Troy Lawrence, Jr; Matthew Wallace; and Joseph Carboni; through undersigned counsel, pursuant to the Court's Order, Rec. Doc. 125 as provided as follows:

1.

The parties are in discovery for this matter. Three fact depositions have been taken with at least one more fact deposition remaining of Plaintiff.

2.

Plaintiff has conferred with all counsel to inquire about the parties' amenability to extend deadlines. The parties will review any such proposal once received and respond, accordingly.

**RESPECTFULLY SUBMITTED:**

**/S/: Ryan K. Thompson**
Ryan K. Thompson (LSBA # 38957)
Lead Attorney for Plaintiff
12605 South Harrell Ferry Rd Ste 5,
Baton Rouge, LA 70816
Telephone: (323) 271-8032


**/S/: Jessica F. Hawkins**
Jessica F. Hawkins (LSBA#38263)
Attorney for Plaintiff
P.O. BOX 5072

      Baton Rouge, La 70802
      Telephone: (915) 217-9192

**A. GREGORY ROME**
**PARISH ATTORNEY**

**/s/ Michael P. Schillage**
**Michael P. Schillage (#35554)**
**Sr. Special Assistant Parish Attorney**
222 St. Louis Street, Suite 902
Baton Rouge, Louisiana 70802
Telephone: (225) 389-3114
Facsimile: (225) 389-8736
Email: mschillage@brla.gov
*Counsel for the City of Baton Rouge/Parish of East Baton Rouge*

   **/s/ Chase Tettleton**
   **Chase Tettleton**
   **BABCOCK PARTNERS**
   Louisiana Bar Roll #32721
   10101 Siegen Lane
   Suite 3C
   Baton Rouge, LA 70810
   Telephone: (225) 344-0911
   Fax: (225) 761-9088
   Email: ct@babcockpartners.com
   Attorney for Mattew Wallace

# Brian F. Blackwell

_____

Brian F. Blackwell (18119)
**BLACKWELL & BULLMAN, LLC**
8322 One Calais Avenue
Baton Rouge, Louisiana 70809
Telephone: (225) 769-2462
Telecopier: (225) 769-2463
E-mail: brian@blackwell-bullman.com

***Counsel for Defendant, Troy Lawrence, Jr.***