UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEREMY LEE** | * |
| | * |
| **VERSUS** | *  CASE NO. 23-CV-1229-SDD-SDJ |
| | * |
| **TROY LAWRENCE, ET AL.** | * |
| | * |
| | * |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE 41(a)(1)(A)(i)

Plaintiff, Jeremy Lee, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) gives notice of the voluntary dismissal, without prejudice, against Defendant Murphy Paul. A complaint (R. Doc. 1) was filed by Lee on August 29, 2023, naming multiple defendants, including Defendant Paul. An amended complaint (R. Doc. 65) was filed by Lee on March 6, 2024. It was Lee's intention to remove Defendant Paul as a party to this suit through the filing of an amended complaint. However, Defendant Paul's name was mistakenly included in the "Parties" section of Lee's amended complaint. Consequently, out of an abundance of caution and to clarify Plaintiff's intentions, Lee now files this Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule 41(a)(1)(A)(i) formally dismissing Defendant Paul from this suit. Defendant Paul has not yet served an answer or motion for summary judgment on Lee in response to his amended complaint. Accordingly, filing a Fed. R. Civ. P. 41(a)(1)(A)(i) notice of dismissal is a proper method for Lee to voluntarily dismiss Defendant Paul from the above captioned suit.

In sum, Lee voluntarily dismisses Defendant Paul, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as Defendant Paul has not answered the amended complaint nor filed a motion for summary judgment. For this reason, Lee files this Notice of Voluntary Dismissal

Without Prejudice Pursuant to Federal Rule 41(a)(1)(A)(i), reserving all rights against any and all Defendants and any other persons.

Lee is authorized to represent that Defendant Paul consents to this voluntary dismissal, without prejudice.

Respectfully submitted,

By:*/s/ Jessica F. Hawkins*
Jessica F. Hawkins (LSBA#38263)
Attorney for Petitioners
P.O. BOX 5072
Baton Rouge, La 70802
Telephone: (915) 217-9192

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of June, 2025, I electronically filed this Notice through the CM/ECF system, which will send notice of this electronic filing to all parties through their counsel of record in this case.

*/s/ Jessica F. Hawkins*
Jessica F. Hawkins