UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEREMY LEE** | * |
| | * |
| **VERSUS** | *  CASE NO. 23-CV-1229-SDD-SDJ |
| | * |
| **TROY LAWRENCE, ET AL.** | * |
| | * |
| | * |

**Proposed Order on Plaintiff's Unopposed Motion to Dismiss Defendant Murphy Paul**

Having duly considered the *Motion to Dismiss*,

**IT IS ORDERED, ADJUDGED AND DECREED** that the causes of action filed by the Plaintiff, Jeremy Lee, against the defendant, Murphy Paul, *only*, are hereby ***dismissed without prejudice***, and eac

SO ORDERED.

Baton Rouge, this __11th__ day of _____June_____, 2025.

_____
UNITED STATES JUDGE
MIDDLE DISTRICT OF LOUISIANA

1