**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**JEREMY LEE**                                                                                          **NO.: 23-1229-SDD-SDJ**

**VS.**

**TROY LAWRENCE, JR., ET AL.**                                                          **CIVIL ACTION**

## ORDER

Before the Court is a Joint Motion to Extend Deadlines (R. Doc. 132). The Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Motion to Extend Deadlines (R. Doc. 132) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following deadlines set forth within the Scheduling Order (Rec. Doc. 104) be hereby extended as follows:

**Fact Discovery** – August 15, 2025;

**Defendant Expert Reports** – August 29, 2025;

**Rebuttal Expert Names and Reports** – September 15, 2025;

**Expert Discovery** – September 29, 2025.

All other deadlines within the Scheduling Order, Rec. Doc. 104, remain unchanged.

Signed in Baton Rouge, Louisiana, on June 16, 2025.

*[signature: Scott Johnson]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**