UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JEREMY LEE**  NO.: 23-1229-SDD-SDJ

**VS.**

**TROY LAWRENCE, JR., in his personal**  CIVIL ACTION
**Capacity, ET AL.**

**MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, comes defendant, the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"), pursuant to Fed. R. Civ. P. Rule 56 and M.D.L.R. Rule 56, who respectfully moves this Honorable Court as follows:

1.

That the Court enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, a summary judgment in favor of the City/Parish favor, dismissing all claims asserted in the principal action against it. Summary judgment should be granted on the grounds that there is no genuine issue as to any material fact and that the City/Parish is entitled to judgment as a matter of law.

2.

That in support of said motion, in accordance with the provisions of Rule 56 of the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Louisiana, the City/Parish submits and attaches herein a memorandum in support and a Statement of Undisputed Facts, to be adopted herein by reference.

3.

Also attached to this motion are the following exhibits:

Exhibit 1 – Plaintiff's Original Complaint (Rec. Doc. 1);

Exhibit 2 – Plaintiff's Amended Complaint (Rec. Doc. 65);

Exhibit 3 – Incident Report dated January 9, 2023;

Exhibit 4 – No-Knock Search Warrant dated January 9, 2023;

Exhibit 5 – Responses to Resistive Behavior (Wallace and Lawrence, Jr.);

Exhibit 6 – Ofr. Wallace Body Cam video footage (at scene of arrest);

Exhibit 7 – Ofr. Lawrence, Jr. Body Cam video footage (at scene of arrest);

Exhibit 8 – Ofr. Nevels Body Cam video footage (at holding cell);

Exhibit 9 – Ofr. Wallace Body Cam video footage (questioning);

Exhibit 10 – Deposition of Jeremy Lee;

Exhibit 11 – Deposition of Matthew Wallace;

Exhibit 12 – Deposition of Joseph Carboni;

Exhibit 13 – Deposition of Troy Lawrence, Jr.;

Exhibit 14 – Deposition of Lorenzo Coleman;

Exhibit 15 – Deposition of David Kennedy;

Exhibit 16 – Deposition of Troy Lawrence, Sr.;

Exhibit 17 – Deposition of Murphy Paul;

Exhibit 18 – Report of Scott Courrege;

Exhibit 19 – Report of Kenneth Sanders;

Exhibit 20 – Report of Kerry Najolia; and

Exhibit 21 – Report of Dr. Curtis Partington.

**WHEREFORE**, the City/Parish prays that, the premises considered, this Honorable Court grant the motion for summary judgment, and that Plaintiff's claims in the principal action against the City/Parish be dismissed with prejudice at Plaintiff's cost.

> **RESPECTFULLY SUBMITTED:**
> **A. GREGORY ROME**
> **PARISH ATTORNEY**
>
> **/s/ Michael P. Schillage**
> **Michael P. Schillage (#35554)**
> **Section Chief of Litigation**
> 222 St. Louis Street, Suite 902
> Baton Rouge, Louisiana 70802
> Telephone:  (225) 389-3114
> Facsimile:  (225) 389-8736
> Email:    mschillage@brla.gov
> *Attorney for the City of Baton Rouge/Parish of East Baton Rouge*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was this date sent to all counsel of record by electronic mail to the email address listed with the Court's electronic filing system, facsimile, and/or U.S. mail, postage prepaid and properly addressed. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 30th day of December, 2025.

> **/s/ Michael P. Schillage**
> **MICHAEL P. SCHILLAGE**