UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEREMY LEE** | **NO.: 23-1229-SDD-SDJ** |
| **VS.** | |
| **TROY LAWRENCE, JR., in his personal Capacity, ET AL.** | **CIVIL ACTION** |

## STATEMENT OF UNDISPUTED FACTS

**NOW INTO COURT,** through undersigned counsel, comes defendant, the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"), to submit its Statement of Undisputed Facts as follows:

1. At approximately 3:52 P.M., members of the BRPD Street Crimes Unit arrive on scene at 5450 Cadillac Street in Baton Rouge to investigate suspected gang activity including but not limited to possession and distribution of narcotics and illegal firearms. Exhibit 6, Wallace Body Worn Camera Footage at Cadillac Street; Exhibit 3, Incident Report dated January 9, 2023.

2. Upon interaction with officers, some individuals within the house attempt to flee from officers. Exhibit 6, Wallace Body Worn Camera Footage at Cadillac Street.

3. Prior to the raid, the Street Crimes Unit had been conducting surveillance on the residence for approximately one week, identifying it as a hub for the "Bleedas" gang and observing traffic consistent with narcotics distribution. (Exhibit 11, Deposition of Matthew Wallace, at 121:13-23,135:4-5).

4. At 5:29 P.M., a Court Order was issued for a no-knock search warrant upon the house, vehicles, and individuals located in the area of 5450 Cadillac Street. Exhibit 4, No-Knock Search Warrant dated January 9, 2023.

5. As a result of searching the property and people at 5450 Cadillac Street, peace officers recovered 454 grams of marijuana, various amounts of heroin, crack cocaine, methamphetamine, hydrocodone, drug paraphernalia, and six semi-automatic weapons. Exhibit 3, Incident Report dated January 9, 2023.

6. Upon arrival to the Narcotics Processing Facility from 5450 Cadillac Street, Plaintiff was delivered immediately into the "warehouse" component of the building to be strip searched. Exhibit 10, Deposition of Jeremy Lee at 129:6-136:17.

7. Plaintiff attempted to run from officers after being apprehended and transported to the Narcotics Processing Facility. Exhibit 10, Deposition of Jeremy Lee, at 166:14-167:4.

8. Later, at approximately 8:30 P.M., Plaintiff participated in a cordial conversation with Officer Steven Nevels while Plaintiff remained in the holding cell without exhibiting any pain or injury. Exhibit 8, Nevels Body Worn Camera footage.

9. At approximately 10:40 P.M., Officer Wallace questioned Plaintiff in the "warehouse" on information about the "Bleedas," the 5450 Cadillac location, and the other people Plaintiff was arrested with. Exhibit 9, Wallace Body Worn Camera footage.

10. Plaintiff made no outward signs, signals, expressions, or direct verbal indicators of any pains, injury, or the like during his conversation with Officer Wallace. Exhibit 9, Wallace Body Worn Camera footage.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

RESPECTFULLY SUBMITTED:
A. GREGORY ROME
PARISH ATTORNEY

**/s/ Michael P. Schillage**
**Michael P. Schillage (#35554)**
**Section Chief of Litigation**
222 St. Louis Street, Suite 902
Baton Rouge, Louisiana 70802
Telephone:    (225)   389-3114
Facsimile:    (225)   389-8736
Email:        mschillage@brla.gov
*Attorney for the City of Baton Rouge/Parish of East Baton Rouge*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was this date sent to all counsel of record by electronic mail to the email address listed with the Court's electronic filing system, facsimile, and/or U.S. mail, postage prepaid and properly addressed. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 30th day of December, 2025.

      **/s/ Michael P. Schillage**
      **MICHAEL P. SCHILLAGE**