# Independent Medical Reviews, LLC          Oct 10, 2025

IMR #  6752

Patient:  Jeremy Lee

Date of Birth: August 9, 2001

Date of Accident:  January 10, 2023

## 2 X-rays of the left ribs from OLOL dated January 10, 2023

There is a very small lucency passing through the lateral aspect of the left 7th rib. This shows the appearance of a small non displaced fracture. There is no surrounding hematoma, pneumothorax, or pleural fluid. The remainder of the ribs are normal in appearance. The overlying soft tissues are normal in their appearance.

Conclusion

There is a small non displaced fracture of a lateral aspect of the left 7th rib. Follow up X-rays done of the left ribs on October 24, 2023 at OLOL show that this has healed without deformity or residual.

 The medical Record from OLOL Shows that on exam on January 10, 2023 there is no bruising or erythema involving this area. The possibilities for a traumatic injury such as this are:  Direct trauma from his elbow when he fell, a stress response from his fall, or direct trauma from an outside source. It would however be very difficult to injure someone seriously enough to break a rib but not cause any overlying bruising or edema. If this was an outside trauma [From being kicked By a police officer] there would undoubtedly have been some bruising and damage of the overlying soft tissues. Furthermore it would be very difficult to have such a focal trauma to injure only one rib [usually these types of injuries fracture two or three consecutive ribs. In any event, the follow up studies show that says healed without any difficulty, deformity, or residual.

Thanks for sending these studies to Independent Medical Reviews for evaluation. If there's anything further we can do to clarify the situation regarding Mr. Lee, please don't hesitate to contact us.

Curtis R Partington, M.D., PhD.