UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY LEE | NO. 23-CV-1229-SDD-SDJ |
| VERSUS | CHIEF JUDGE SHELLY D. DICK |
| TROY LAWRENCE, JR., ET AL | MAG. JUDGE SCOTT D. JOHNSON |

**DEFENDANTS' MOTIONS IN LIMINE**

**NOW INTO COURT**, through undersigned counsel come Defendants, Troy Lawrence, Jr. ("Lawrence"), Matthew Wallace ("Wallace"), Joseph Carboni ("Carboni") and the City of Baton Rouge and Parish of East Baton Rouge ("City/Parish") who respectfully move this Court, *in limine*, for an Order excluding the evidence, testimony, and argument, from trial as set forth more fully in the *Memorandum in Support of Defendants' Motion in Limine* filed contemporaneously herewith, because the challenged evidence is inadmissible under the Federal Rules of Evidence.

Accordingly, Defendants respectfully request that the Court enter an Order:

1. Excluding any evidence, testimony, argument, reference, or comment concerning the subject matters described in the *Memorandum in Support of Defendants' Motion in Limine* filed contemporaneously herewith;
2. Instructing counsel and witnesses not to mention, refer to, or attempt to introduce such evidence in the presence of the jury without first obtaining permission from the Court; and
3. Granting such other and further relief as the Court deems just and proper.

**JOHN S. McLINDON**
**PARISH ATTORNEY**

/s/ Michael P. Schillage
Michael P. Schillage (#35554)
Section Chief of Litigation
222 St. Louis Street, Suite 902
Baton Rouge, Louisiana 70802
Telephone: (225) 389-3114
Facsimile: (225) 389-8736
Email: mschillage@brla.gov

*Attorney for the City of Baton Rouge/Parish of East Baton Rouge*

/s/ Chase Tettleton
Chase Tettleton (32721)
BABCOCK PARTNERS, LLC
10101 Siegen Lane, Bldg. 3C
Baton Rouge, LA 70810
(225) 344-0911
(225) 761-9088 (fax)
ct@stephenbabcock.com

*Attorney for Matthew Wallace*
/s/ Kyle Kershaw
Kyle Kershaw (23161)
Attorney at Law
212 Laurel Street
Baton Rouge, LA 70801
(225) 336-9600
(225) 709-1554 (fax)
kylekershaw@bellsouth.net

*Attorney for Joseph Carboni*

Respectfully submitted:

Brian F. Blackwell

Brian F. Blackwell (18119)
BLACKWELL & BULLMAN, LLC
5253 Dijon Drive, Suite E
Baton Rouge, Louisiana 70808
Telephone: (225) 769-2462
Telecopier: (225) 769-2463
E-mail:brian@blackwell-bullman.com

*Counsel for Defendant, Troy Lawrence, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 10th day of August, 2026.

Brian F. Blackwell

Brian F. Blackwell