UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 18, 2026
DICK, CHIEF JUDGE SHELLY D.

JEREMY LEE CIVIL ACTION

VERSUS NO. 23-1229-SDD-SDJ

TROY LAWRENCE, JR., ET AL.

A pretrial conference was held before Chief Judge Shelly D. Dick on this date.

PRESENT: Ryan Keith Thompson, Esq.
Jessica Hawkins, Esq.
Counsel for Plaintiff

Brian Francis Blackwell, Esq.
Counsel for Troy Lawrence, Jr.

Grant Lloyd Willis, Esq.
Counsel for Murphy Paul

Michael Paul Schillage, Esq.
Counsel for City of Baton Rouge

The pending *Motions in Limine*[1] were discussed. The Court will issue a written ruling.

The parties discussed the *Proposed Pretrial Order.*[2] The parties were encouraged to agree on as many exhibits as possible.

The Court advised the parties of the procedure that will be utilized for jury selection, as well as the time allotted for opening statements and closing arguments.

The jury trial set to begin on August 31, 2026, is expected to last four (4) days.

Each party shall provide a Witness List to the Court on the morning of trial. These should NOT be filed in the record.

[1] Rec. Doc. 186 and 189.
[2] Rec. Doc. 183.

Electronic evidence files shall be provided, by each party, using the Court's Electronic Evidence Online submission tool through CM/ECF, to the Courtroom Deputy seven (7) days prior to trial. These files will be utilized BY THE COURT ONLY for use with the Court's Judicial Evidence Recording System (JERS) and will not be provided to an opposing party. JERS Information (https://www.lamd.uscourts.gov/JERS).

* * * * *

C: CV 27; T:45 mins.