**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

JEREMY LEE | CIVIL ACTION

VERSUS | 23-1229-SDD-RLB

TROY LAWRENCE, JR., et al.

**ORDER**

Notwithstanding Plaintiff's failure to comply with the Local Rules of the Middle District,[1] the Court will nevertheless address the relief inappropriately requested in a "Response".[2] To the extent the Response may be construed as a motion to continue the trial, currently set for September 21, 2026, the motion is DENIED. The request is untimely and is considered by the Court to be made on the eve of trial. Lead trial counsel did not appear at the Pretrial Conference in this matter.[3] In addition, Plaintiff has failed to comply with the Court's prior order requiring the submission of trial exhibits and evidence to JERS no later than seven (7) days before trial.[4] Plaintiff's counsel also failed to attend the courtroom technology training required and discussed at the Pretrial Conference. The docket reflects that three attorneys are enrolled as counsel for Plaintiff. Two of those attorneys appeared and participated in the Pretrial Conference held on August 18, 2026.

---

[1] **Local Civil Rule 7** provides, in pertinent part, that all motions must be made in writing, except those made during a properly recorded hearing or trial, and that contested motions must be accompanied by a separate memorandum setting forth the reasons and authorities supporting the requested relief.

[2] Rec. Doc. 211.

[3] See **Local Civil Rule 39**.

[4] Rec. Doc. 206.

Those attorneys are capable of representing Plaintiff at trial and, pursuant to Local Civil Rule 39, are the attorneys presently eligible to do so, having attended the Pretrial Conference.

The Court further notes that, if continued, its docket would not permit this matter to be reset for trial until 2027. A continuance at this stage would result in substantial and unfair prejudice to Defendants.

Accordingly, Plaintiff's request for a continuance is DENIED.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 15th day of September, 2026.

Shelly Dick

**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**