UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEREMY LEE

CIVIL ACTION

VERSUS

23-1229-SDD-SDJ

TROY LAWRENCE, JR., ET AL.

## VERDICT FORM

We the jury unanimously find, by a preponderance of the evidence, as follows:

# I. FEDERAL CLAIMS

### Section A: Fourteenth Amendment – Excessive Force

**Question 1:** Did Plaintiff Jeremy Lee prove by a preponderance of the evidence that Defendant Troy Lawrence, Jr. used excessive and unreasonable force against Plaintiff on January 9, 2023?

**YES** ________ **NO** ✓

*Instructions: If you answered "YES" to Question 1, proceed to Question 2. If you answered "NO" to Question 1, skip Questions 2 through 6 and proceed to Section II. State Law Claims.*

**Question 2:** Did Plaintiff Jeremy Lee prove by a preponderance of the evidence that Defendant Troy Lawrence, Jr.'s excessive force caused injury to Plaintiff?

**YES** ________ **NO** ________

### Section B: First Amendment – Retaliation

**Question 3:** Did Plaintiff Jeremy Lee prove by a preponderance of the evidence that he engaged in speech or conduct protected by the First Amendment?

**YES** ________ **NO** ________

*Instructions: If you answered "YES" to Question 3, proceed to Question 4. If you answered "NO" to Question 3, skip Question 4 and 5, and proceed to Section C (Question 6).*

**Question 4:** Did Plaintiff Jeremy Lee prove by a preponderance of the evidence that Defendant Troy Lawrence, Jr. took an adverse action (used excessive force) against Plaintiff that would deter a person of ordinary firmness from engaging in that protected speech or conduct?

**YES** ________ **NO** ________

*Instructions: If you answered "YES" to Question 4, proceed to Question 5. If you answered "NO" to Question 4, skip Question 5 and proceed to Section C (Question 6).*

**Question 5:** Did Plaintiff Jeremy Lawrence prove by a preponderance of the evidence that Plaintiff's protected speech or conduct was a substantial or motivating factor in Defendant's decision to use excessive force?

**YES** ________ **NO** ________

**Section C: Federal Qualified Immunity**

*(Note: To be answered only if you answered "YES" to Question 1 OR "YES" to Questions 3, 4, and 5)*

**Question 6:** Did Plaintiff Jeremy Lee prove by a preponderance of the evidence that no reasonable officer in the position held by Defendant Troy Lawrence, Jr. could have believed that his conduct was lawful under clearly established federal law at the time of the incident?

**YES** (Defendant is immune) ________

**NO** (Defendant is not immune) ________

## II. LOUISIANA STATE LAW CLAIMS

**Section D: Assault and Battery**

**Question 7:** Did Plaintiff Jeremy Lee prove by a preponderance of the evidence that Defendant Troy Lawrence, Jr. committed a battery against Plaintiff (an intentional, harmful, or offensive physical contact without consent) on January 9, 2023?

**YES** ________ **NO** ✓

**Question 8:** Did Plaintiff Jeremy Lee prove by a preponderance of the evidence that Defendant Troy Lawrence, Jr. committed an assault against Plaintiff (intentionally placing Plaintiff in reasonable apprehension of receiving an immediate harmful or offensive battery) on January 9, 2023?

**YES** ________ **NO** ✓

**Section E: Negligence**

**Question 9:** Did Plaintiff Jeremy Lee prove by a preponderance of the evidence that Defendant Troy Lawrence Jr.'s conduct was a cause-in-fact of harm to Plaintiff, that Defendant Troy Lawrence, Jr. breached a duty of care owed to Plaintiff, and that Plaintiff suffered damages as a result?

**YES** ________ **NO** ✓

**Question 10:** Did Plaintiff Jeremy Lee prove by a preponderance of the evidence that Defendant City/Parish's conduct was a cause-in-fact of harm to Plaintiff, that the City/Parish breached a duty of care owed to Plaintiff, and that Plaintiff suffered damages as a result?

**YES** ________ **NO** ✓

**Section F: Louisiana Discretionary Immunity**
*(Note: To be answered if you answered "YES" to Question 7,8, or 9)*

**Question 11:** Did Defendant Troy Lawrence, Jr. prove that his actions were a matter of choice or choice-of-policy rooted in social, economic, or political considerations?

**YES** ________ **NO** ________

*Instructions: If you answered "YES" to Question 11, proceed to Question 12. If you answered "NO" to Question 11, skip Question 12 and proceed to Part III.*

**Question 12:** Did Plaintiff Jeremy Lee prove that Defendant Troy Lawrence Jr.'s conduct constituted acts or omissions which constitute criminal, fraudulent, malicious, intentional, or reckless misconduct?

**YES** (Immunity does not apply) ________

**NO** (Defendant is immune under state law) ________

## III. COMPARATIVE FAULT

*(Note: Complete this section only if you found Defendant Troy Lawrence and/or the City/Parish liable for state law negligence under Section II.E)*

**Question 13:** Was the Plaintiff Jeremy Lee negligent, or otherwise at fault, and did that fault contribute to causing Plaintiff's injuries?

**YES** ________ **NO** ________

*Instructions: If you answered "YES" to Question 13, proceed to Question 14. If you answered "NO", express Defendant's fault as 100% in Question 14 and enter 0% for Plaintiff.*

**Question 14:** Express in percentages the relative degree of fault of the parties that contributed to the Plaintiff's injuries. (The total must equal 100%).

- Defendant Troy Lawrence, Jr.'s Percentage of Fault: ________ %
- Defendant City/Parish's Percentage of Fault: ________ %
- Plaintiff's Percentage of Fault: ________ %

- **TOTAL: 100%**

## IV. DAMAGES

*Instructions: Only answer the questions below if you found Defendant Troy Lawrence, Jr. and/or the City/Parish at fault for any of the claims above.*

**Question 15:** Has the Plaintiff Jeremy Lee proven that he suffered physical and/or mental injuries as a result of Defendant Troy Lawrence, Jr.'s and/or the City/Parish's conduct such that he should be awarded compensatory damages?

**YES** ________ **NO** ________

*If your answer to Question 15 is "Yes," please continue to answer the questions.*

**Question 16**: What amount of money will fairly compensate Plaintiff, Jeremy Lee, for the damages he suffered?

$________________

**Question 17**: Do you find, by a preponderance of the evidence, Troy Lawrence, Jr. acted with malice or reckless indifference to the constitutional rights of Plaintiff Jeremy Lee such that the Plaintiff is entitled to any punitive damages?

**YES** ________ **NO** _________

If YES, what amount? $ ______________

SO SAY WE ALL.

Toni F. Hayes ____________ September 23, 2026

JURY FOREPERSON DATE