**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**JEREMY LEE**

**VERSUS**

**TROY LAWRENCE, JR., ET AL.**

**CIVIL NUMBER**

**23-1229-SDD-SDJ**

**JUDGMENT**

Considering the jury verdict entered on September 23, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Defendants, Troy Lawrence, Jr., City of Baton Rouge, and Parish of East Baton Rouge, and against the Plaintiff, Jeremy Lee, and this matter is dismissed, with prejudice.

Signed in Baton Rouge, Louisiana, on September 24, 2026.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**