**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**JEREMY LEE**

**VERSUS**

**TROY LAWRENCE, JR., ET AL.**

**CIVIL NUMBER**

**23-1229-SDD-SDJ**

**ORDER**

Considering the jury began their deliberations on September 23, 2026,

**IT IS ORDERED** that the Clerk of Court for the Middle District of Louisiana shall provide dinner for the jurors on Tuesday, September 23, 2026.

Signed in Baton Rouge, Louisiana on September 23, 2026.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**