**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**JEREMY LEE** **NO.: 3:23-cv-01229-SDD-SDJ**

**VS.**

**TROY LAWRENCE, JR., ET AL.** **CIVIL ACTION**

**DECLARATION OF JEREMY TRAMAINE LEE REGARDING FINANCIAL CONDITION AND INABILITY TO PAY**

I, Jeremy Tramaine Lee, declare as follows:

1. I am the Plaintiff in this action. I am over eighteen years old and competent to make this declaration. I have personal knowledge of the facts stated here. I submit this declaration in support of my Opposition and Objections to Defendants' Joint Motion to Tax Costs [Dkt. 228].
2. I was born on August 9, 2001.

**Education**

3. My highest level of education is a high school diploma. I received it from Christian Apostolic Academy, a home-school program, in April 2021. I have no college, trade school, technical training, or professional certification.

**Work History**

4. Every job I have had has been hourly, low-wage, or temporary. These include McDonald's, where my highest pay was $8.50 an hour. They also include temporary jobs through staffing agencies (Express Employment, Tradesmen International, and PeopleReady), Savard Labor and Marine, and a temporary job in Wisconsin in early 2022. My highest pay in Louisiana has been about $14.50 an hour.
5. In 2022, while I was working for Greenlight Solar, I suffered a hernia above my belly

button. A company doctor restricted me from lifting more than 50 pounds. The hernia still flares up, especially in bad weather, and it limits the heavy labor and long hours of sitting or driving that many available jobs require. I filed a workers' compensation claim on my own, without a lawyer, and it was not approved.

6. On January 9, 2023, the day of the arrest at issue in this case, I had no full-time or part-time job. My last work had been a one-time job for Savard Labor and Marine two days earlier. Officers found only a few dollars on me.

**Criminal Case Following My Arrest**

7. After my arrest, I was charged in the 19th Judicial District Court. Bail was set at $86,500. Because I could not afford a lawyer, the court appointed the Office of the Public Defender to represent me. I was released from jail on January 19, 2023. All charges were later dismissed.

**Employment While This Case Was Pending**

8. After my injury at Greenlight Solar, I applied for jobs consistently. I did not find work until about July or August 2023, when I was hired as a night stocker at Walmart, earning about $14 an hour. I worked at Walmart at two different times, at a Neighborhood Market and at a Supercenter. The last time I worked for Walmart was in 2024 and I left the job because of transportation issues.

9. Since then, I have stayed enrolled with temporary staffing agencies. Those agencies offer only day-to-day jobs, such as general labor, landscaping, and cleaning. The work is not regular, and I am paid only for the days I am called and work.

10. When I was deposed on July 23, 2025, I had no full-time job and no part-time job. I had applied to Domino's, Raising Cane's, Home Depot, Hertz, and Enterprise, but I could not get hired.

11. The last job I worked at was with People Ready, a temporary staffing agency. My last days of work was September 28, 2026 – October 1, 2026. I have not been called back to work since that date.
12. I have not worked again since October 1, 2026.
13. My total income from all sources in the last twelve months was approximately $9,500. This money is used to support the household I live in.

**Public Assistance**

13. I received Louisiana SNAP (food stamp) benefits starting in late 2022. At one point I received about $180 per month. My benefits stopped and later started again. The SNAP office then gave me a deadline to find work, and when I could not find a job, my benefits were cut off in about March or April 2025. I do not currently receive any SNAP benefits.
14. My medical treatment related to this case was paid for by Medicaid. I am still currently on Medicaid.

**Living Situation and Support**

15. I live with my mother, Tamara Green, my stepfather, Kentrick Green, and my younger brother at my parents' home in Baton Rouge, Louisiana. I do not pay rent, and I do not contribute to household bills such as gas or water. I have never paid rent to my parents since turning eighteen. My mother claims me as a dependent on her tax return because I live with her and she supports me.
16. I do not have a valid driver's license.

**Assets and Debts**

17. I do not own a home, land, or a vehicle.
18. I have approximately $0.00 in cash and bank accounts. I have no stocks, retirement accounts, or other investments.

19. I have not received any litigation-funding loans in connection with this lawsuit.

**Inability to Pay**

19. Defendants ask the Court to order me to pay $108,566.32 in costs. I cannot pay that amount, or any meaningful part of it. I have no savings or property that I could use to pay a judgment, and I depend on my family for housing and basic needs.

20. I brought this lawsuit in good faith because I believed, and still believe, that I was injured by police officers while in their custody on January 9, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2026, at Baton Rouge, Louisiana.

Dated: October 22, 2026 **RESPECTFULLY SUBMITTED:**

*/s/ Jeremy Lee*
**JEREMY LEE, Declarant**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was this date sent to all counsel of record by electronic mail to the email address listed with the Court's electronic filing system, facsimile, and/or U.S. mail, postage prepaid and properly addressed. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, postage prepaid, and properly addressed.

Los Angeles, California this 22nd day of October, 2026.

**Rodney S. Diggs, Esq.**
RODNEY S. DIGGS